United States Courts
Southern District of Texas
FILED

MAR 2 0 2012

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Texas Community Bank, N.A. §
§
§
§
§    CIVIL ACTION NUMBER:
§       4:11-cv-00655
§
*versus* §
M/C NEFTEGAZ, Her Engines, §
Tackle, Appurtenances, etc., in §
rem, and WILLIAM C. KELLEHER §
§
§

## ABSTRACT OF JUDGMENT

| Date of Judgment Entered: | 11/18/2011 |
|---|---|
| Judgment in Favor of: | Texas Community Bank, N.A. |
| Judgment Against: | In Personam Defendant William C. Kellener |
| Amount of Judgment: | $ 678,846.25 |
| Amount of Costs: | $ 0.00 |
| Rate of Interest: | 12 % |
| Amount of Credits Since Judgment: | $ 0.00 |
| Amount Due: | $ |

     The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

CLERK OF COURT    DAVID J. BRADLEY

DATED: __MAR 2 1 2012__      By: _____
                                                    Deputy Clerk

O:Houforms/Forms-Web

Case 4:11-cv-00655   Document 30    Filed in TXSD on 03/21/12   Page 2 of 3
Case 4:11-cv-00655   Document 28    Filed in TXSD on 10/14/11   Page 1 of 2
Case 4:11-cv-00655   Document 27-4   Filed in TXSD on 10/12/11   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TEXAS COMMUNITY BANK, N.A. § | |
| § | |
| v. § | |
| § | |
| M/V NEFTEGAZ, Her Engines, Tackle, § | CIVIL ACTION: 4:11-cv-00655 |
| Appurtenances, etc., in rem, and § | ADMIRALTY |
| WILLIAM C. KELLEHER, in personam § | |

## ORDER CONFIRMING FORECLOSURE SALE AND FINAL JUDGMENT

On this day came on to be considered Plaintiff's Motion to Confirm Foreclosure Sale and for Entry of Final Judgment in the above-referenced action, and the Court having considered same, and the opposition of any party, if any, is of the opinion that Plaintiff's motion should be in all respects GRANTED. It is therefore,

ORDERED that TEXAS COMMUNITY BANK, N.A.'s Motion to Confirm Foreclosure Sale and for Entry of Final Judgment be, and the same is hereby, in all respects GRANTED, and the foreclosure sale of the in rem Defendant M/V NEFTEGAZ, performed by the U.S. Marshal's Service on September 22, 2011, is hereby confirmed in all respects. The U.S. Marshal's Service is hereby directed to deliver its bill of sale for the M/V NEFTEGAZ to TEXAS COMMUNITY BANK, N.A., which bill of sale shall state that title is conveyed free and clear of all liens, claims, and encumbrances of any nature whatsoever. It is further,

ORDERED, ADJUDGED, and DECREED that Plaintiff TEXAS COMMUNITY BANK, N.A. have final judgment against the in personam Defendant WILLIAM C. KELLEHER in the principal sum of $678,846.25, plus post-judgment interest at the rate of .12 % per

Case 4:11-cv-00655 Document 30 Filed in TXSD on 03/21/12 Page 3 of 3
Case 4:11-cv-00655 Document 28 Filed in TXSD on 11/14/11 Page 2 of 2
Case 4:11-cv-00655 Document 27-4 Filed in TXSD on 10/12/11 Page 2 of 2

annum from the date hereof until paid, and costs of court, for which TEXAS COMMUNITY BANK, N.A. is entitled to all post-judgment remedies. This is a final and appealable judgment.

SIGNED this the 14th day of November, 2011.

_____
U.S. DISTRICT JUDGE