UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| AUSTIN SETTLEMENT, LP AS § <br> ASSIGNEE OF § <br> TEXAS COMMUNITY BANK, N.A. § <br> § <br> VS. § <br> § <br> M/C NEFTEGAZ, HER ENGINES, § <br> TACKLE, APPURTENANCES, ETC. IN § <br> REM, AND WILLIAM C. KELLEHER § | | CIVIL ACTION NUMBER: <br><br> 4:11-cv-00655 |

## ORDER FOR TURNOVER RELIEF

On January 14, 2014, a hearing was held on Plaintiff's Application for Turnover Relief, and Plaintiff Austin Settlement, LP as Assignee of Texas Community Bank, N.A., having appeared in person and by its attorney of record, and Defendant William C. Kelleher by his attorney of record. The Court having considered the pleadings and official records on file in this cause, and the evidence and argument of counsel, finds that Defendant is the owner of non-exempt property including but not limited to shares of stock in New World Oil and Gas, PLC, cash and securities in bank and safety deposit accounts, that said property is not exempt from attachment, execution, or seizure but that it cannot readily be attached or levied on by ordinary legal process.

It is therefore ORDERED that Defendant, William C. Kelleher, turn over for levy to the Harris County Constable, Precinct 3, at 17423 Katy Freeway, Houston, Texas 77094 within ~~t~~ ten ~~10~~ business days, the following:

All shares of stock in New World Oil and Gas, PLC, except those that he is restricted from transferring or selling under the terms of the agreement with his employer, cash and securities in bank and safety deposit accounts, ~~totaling $298,846.25~~. Defendant shall also, within 3 days after each delivery of property to the

Constable, be required to give a written accounting to Plaintiff's attorney, Roy Camberg, The Camberg Law Firm, 17225 El Camino Real, Suite 444, Houston, Texas 77058, of the amount of property turned over to the Constable, and those respective dates of turnover.

Signed on this the 14th day of Jan., 2014.

_____
Judge Presiding