IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Texas Community Bank NA

VS.

M/V Neftegaz, et al.

CA/CR NO.: 4:11cv655

JUDGE: Vanessa Gilmore

COURTROOM CLERK: B. Thomas

COURT REPORTER: F. Warner

PROCEEDING: Motion Hearing

EXHIBIT LIST OF: Plaintiff

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADMIT |
|---|---|---|---|---|---|
| 1 | Plaintiff's Exhibit | ✓ | | ✓ | |
| 2 | Plaintiff's Exhibit | ✓ | | ✓ | |